IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DUCKHEE LEE, IRENE LEE, and ADRIAN LEE, Individually an on Behalf of the Estate of JUNGSOON LEE,<br><br>    Plaintiffs,<br><br>V.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. SA-18-CA-0088-FB<br>)<br>)<br>)<br>) |

**AMENDED SCHEDULING ORDER**

Before the Court are the parties' Joint Motion to Extend Discovery (docket no. 25) and corrected Joint Motion to Extend Discovery (docket no. 26). After careful consideration,

IT IS ORDERED that the parties' Joint Motion to Extend Discovery (docket no. 25) is DISMISSED as MOOT.

IT IS FURTHER ORDERED that the parties' corrected Joint Motion to Extend Discovery (docket no. 26) is GRANTED such that the following amended deadlines are entered to control the course of this case:

    4. Defendant shall file its designation of testifying experts and shall serve on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by **May 17, 2019**. All designations of rebuttal experts shall be designated within **30** days of receipt of the report of the opposing expert.

    6. The parties shall complete all discovery on or before **September 2, 2019.** Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

    7. All dispositive motions shall be filed no later than **October 1, 2019.** Dispositive motions as defined in Local Rule CV-7(h) and responses to dispositive motions shall be limited to **20** pages in length. Any replies shall be limited to **5** pages in length.

All other provisions of the Court's original Scheduling Order (docket no. 16) remain in full force and effect.

It is so ORDERED.

SIGNED this 10th day of April, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE