UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**DUCKHEE LEE, Individually**
**and on behalf of the Estate of**
**Jungsoon Lee, et al.**

      **Plaintiffs,**

v.                                                       Case No. SA-18-CV-0088-JKP

**UNITED STATES OF AMERICA,**

      **Defendant.**

### SIXTY-DAY ORDER OF DISMISSAL

Based upon the parties' *Unopposed Motion to Appoint a Guardian Ad Litem* (ECF No. 43) and the *Guardian Ad Litem's Report to the Court Regarding Proposed Settlement for Duckhee Lee* (ECF No. 44), it is apparent that the parties have reached an agreement to settle this case. Accordingly, the Court hereby dismisses all claims by all parties **WITHOUT PREJUDICE** subject to any party moving to reopen within sixty days if settlement is not consummated. Any party may move for an extension of this deadline to allow more time to execute the parties' settlement. If the parties cannot finalize a settlement, any party may move to reopen this action within the deadline imposed herein. If the Court grants such a motion, the case will be reopened as though it had never been closed. Unless the Court extends the deadline or a party moves to reopen the case within the deadline set by this order, this action shall be considered **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** this 21st day of February 2020.

_____
**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**