UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**DUCKHEE LEE, Individually
and on behalf of the Estate of
Jungsoon Lee, et al.**

      **Plaintiffs,**

v.                                                                        Case No. SA-18-CV-0088-JKP

**UNITED STATES OF AMERICA,**

      **Defendant.**

## ORDER OF ADMINISTRATIVE CLOSURE

This Court has approved the settlement in this case. Although it will retain jurisdiction over this case for seventy-five days (or more on a granted extension of time), the Court concludes that, given the settlement of this case and the additional time needed to finalize and fund the settlement, it is appropriate to administratively close this case.

"The effect of an administrative closure is no different from a simple stay, except that it affects the count of active cases pending on the court's docket; i.e., administratively closed cases are not counted as active." *Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2004) (explaining that courts frequently make use of administrative closure to remove inactive cases from their pending dockets). The act of administrative closure is not a dismissal or disposition of the case. If further proceedings become necessary or desirable, any party may initiate such further proceedings by moving to reopen the case during the time period that the Court retains jurisdiction. Though administratively closed, the parties may still file documents in the case as may be necessary.

For the foregoing reasons, the Court **DIRECTS the Clerk of Court to administratively close this case pending further court order.**

**IT IS SO ORDERED this 27th day of April 2020.**

_____
**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**