IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DUCKHEE LEE, IRENE LEE, and ADRIAN LEE, individually and on behalf of the Estate of JUNGSOON LEE | § § § § | |
| Plaintiff, | § § | CIVIL ACTION No. 5:18-CV-00088-JP |
| v. | § § | |
| | § | |
| UNITED STATES OF AMERICA | § § | |
| Defendant. | § § § § § | |

**Joint Motion for an Extension of Time in Which to Complete Settlement**

In the Court's Order of Administrative Closure, the Court administratively closed this case, but stated that it would retain jurisdiction for 75 days to allow time to finalize the proposed settlement. Dkt. No. 52 (Apr. 27, 2020).  The Court stated that should the parties need additional time to complete the settlement, they should seek an extension of time.  The 75 days granted by the Court expires on July 11, 2020.

The parties jointly request the Court retain jurisdiction for an additional 75 days because the settlement has not been fully finalized and funded yet.

Should the Court wish, the parties would be available for a status conference on the matter.

Respectfully Submitted,

/s/ Clayton Diedrichs
US Attorney's Office
Western District of Texas
601 N.W. Loop 410, Ste. 600
San Antonio TX, 78216
clayton.diedrichs@usdoj.gov

Attorney for the United States

/s/ Tom Jacob
**JAMAL K. ALSAFFAR**
    jalsaffar@nationaltriallaw.com
    Texas State Bar #24027193
**TOM JACOB**
    tjacob@nationaltriallaw.com
    Texas State Bar #24069981
**WHITEHURST, HARKNESS,**
    **BREES, CHENG, ALSAFFAR, HIGGINBOTHAM, &**
    **JACOB PLLC**
    7500 Rialto Blvd, Bldg. Two, Ste 250
    Austin, TX 78735
    (512) 476-4346 (o)
    (512) 467-4400 (f)

**GUY CHOATE**
    gdchoate@webbstokessparks.com
    Texas State Bar #04212410
**WEBB, STOKES & SPARKS, L.L.P.**
    314 W Harris Ave
    San Angelo, TX 76903-6339
    (325) 718-2048 (o)

Attorneys for the Plaintiff

# CERTIFICATE OF SERVICE

By my signature above, I certify that a copy of Joint Motion to Extend the time in which to complete settlement has been sent to the following on July 9, 2020 via the Court's CM/ECF notice system and regular mail.

**JAMAL K. ALSAFFAR**
        jalsaffar@nationaltriallaw.com
        Texas State Bar #24027193
**TOM JACOB**
        tjacob@nationaltriallaw.com
        Texas State Bar #24069981
**WHITEHURST, HARKNESS,**
        **BREES, CHENG, ALSAFFAR, HIGGINBOTHAM, &**
        **JACOB PLLC**
        7500 Rialto Blvd, Bldg. Two, Ste 250
        Austin, TX 78735
        (512) 476-4346 (o)
        (512) 467-4400 (f)

**GUY CHOATE**
        gdchoate@webbstokessparks.com
        Texas State Bar #04212410
**WEBB, STOKES & SPARKS, L.L.P.**
        314 W Harris Ave
        San Angelo, TX 76903-6339
        (325) 718-2048 (o)

        Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DUCKHEE LEE, IRENE LEE, and          §
ADRIAN LEE, individually and on      §
behalf of the Estate of JUNGSOON LEE §
                                     §
    Plaintiff,              §
                                     §   CIVIL ACTION No. 5:18-CV-00088-JP
v.                                   §
                                     §
                                     §
UNITED STATES OF AMERICA             §
                                     §
    Defendant.              §
                                     §
                                     §
                                     §

ORDER

The Court having considered the parties Joint Motion for an Extension of Time in Which to Complete Settlement, finds that it is well taken and hereby grants the parties Joint Motion.  The Court will retain jurisdiction for an additional seventy-five days to allow the parties' time to complete the settlement, subject to further requests for extension.  The case will remain administratively closed during that time.

**IT IS SO ORDERED** this ___ day of July 2020.

    _____
    JASON PULLIAM
    UNITED STATES DISTRICT JUDGE