**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**DUCKHEE LEE, Individually**
**and on behalf of the Estate of**
**Jungsoon Lee, et al.**

      **Plaintiffs,**

v.                                                          Case No. SA-18-CV-0088-JKP

**UNITED STATES OF AMERICA,**

      **Defendant.**

## ORDER SETTING MOTION HEARING

The Court has under consideration a *Motion to Establish Special Needs Trust* (ECF No. 55). Upon review of the filings, the Court deems a hearing warranted. Accordingly, the Court sets this matter for hearing on **Thursday, November 19, 2020, at 9:00 a.m.** before U.S. District Judge Jason Pulliam via video conference. The parties should be prepared to discuss the issues raised by the motion, including the authority of this federal court to set up a trust under Texas law.

The parties may request the video conference link and instructions from Magda Muzza, Courtroom Deputy. She can be reached at (210)244-5021 or Magda_Muzza@txwd.uscourts.gov. Participants should test the video conference link as soon as possible prior to the hearing.

**IT IS SO ORDERED this 16th day of November 2020.**

*[signature: Jason Pulliam]*
**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**